UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| ZYBER SELIMAJ, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:08-cv-00441-LRH-LRL |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| HENDERSON POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Lawrence R. Leavitt (#80) entered on March 29, 2010, in which the Magistrate Judge recommends that Jimmerson Hansen's Emergency Motion to Reduce Attorneys' Lien to Judgment and to Enforce Lien (#61) be granted to the following extent: the court should require plaintiff to reimburse Jimmerson Hansen the sum of $19,633.26 for the costs Jimmerson Hansen expended on plaintiff's behalf in this litigation, plus interest at the rate of 3% per year. No objections to the Report and Recommendation have been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#80); therefore, Jimmerson Hansen's Emergency Motion to Reduce Attorneys' Lien to Judgment and to Enforce Lien (#61) is granted to the following extent: Plaintiff shall reimburse Jimmerson Hansen the sum of $19,633.26 for the costs Jimmerson Hansen expended on plaintiff's behalf in this litigation, plus interest at the rate of 3% per year.

IT IS SO ORDERED.

DATED this 23rd day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2